E-FILED: **11/5/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA DECRESCENZO,** | CASE NO. CV 09-3984-GHK (Ex) |
|     **Plaintiff,** | |
|     v. | **JUDGMENT** |
| **CHURCH OF SCIENTOLOGY INTERNATIONAL, et al.,** | |
|     **Defendants.** | |

Pursuant to our November 5, 2009 Order, Plaintiff Laura DeCrescenzo's ("Plaintiff") federal forced labor claim under 18 U.S.C. § 1595 is **DISMISSED with prejudice**. Plaintiff's remaining state law claims are **REMANDED** pursuant to 28 U.S.C. § 1367(c)(3).

    **IT IS SO ORDERED**.

DATED: November 5, 2009

                                                  _____
                                                    GEORGE H. KING
                                               United States District Judge